UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>    v.<br><br>ONE PAINTING/PASTEL TITLED "LA COIFFURE" BY EDGAR DEGAS,<br>        Defendant. | )<br>)<br>)<br>) Civil Action No.<br>)<br>)<br>) **04c 10627 RCL**<br>) |

### WARRANT AND MONITION

To: The Secretary of the Department of Homeland Security, or His Designee

We Command You that you give notice to all persons concerned that a Verified Complaint for Forfeiture In Rem (the "Complaint"), a copy of which is attached hereto, has been filed by the United States of America against the defendant property, described as one painting/pastel titled "La Coiffure" by Edgar Degas (the "Defendant Degas"), more particularly described in the Complaint for the forfeiture of the Defendant Degas to the United States of America pursuant to Title 18, United States Code, Section 981(a)(1)(A).

Accordingly, you are hereby directed to serve, and give notice of, the Complaint by:

(1) Publishing notice of the United States' intent to forfeit the Defendant Degas at least once for three (3) successive weeks in the Boston Herald or any other newspaper having a general circulation in this District; and

    (2)  Mailing a copy of this Warrant and Monition, together with a copy of the Complaint to:

| | |
|---|---|
| Arnold Katzen | Arnold Katzen |
| 115 East 89th Street | c/o William Kettlewell, Esquire |
| Apt. 5B | Dwyer & Collora |
| New York, NY 10128 | 600 Atlantic Avenue |
| | Boston, MA 02110 |

by certified mail, postage prepaid and return receipt requested, or by serving such copies on the listed parties by hand.

You Are Further Commanded to arrest, attach, inspect and retain the Defendant Degas in your custody until further order of this Court.

You Are Further Commanded to give due notice by appropriate service of process, as provided herein, to all persons who claim an interest in the Defendant Degas, or assert that the Defendant Degas should not be condemned or disposed of pursuant to the prayer of the Complaint. Upon execution of this process, you are directed further to file the execution in this Court with your return thereon.

ALL CLAIMS TO THE DEFENDANT DEGAS MUST BE FILED WITH THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS AND SERVED UPON THE UNITED STATES ATTORNEY'S OFFICE, ASSET FORFEITURE UNIT, 1 COURTHOUSE WAY, SUITE 9200, BOSTON, MASSACHUSETTS 02210, WITHIN THIRTY (30) DAYS AFTER PROCESS HAS BEEN EXECUTED OR WITHIN SUCH ADDITIONAL TIME AS MAY BE ALLOWED BY THIS COURT. ALL ANSWERS TO THE COMPLAINT MUST BE FILED WITH THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

AND SERVED UPON THE UNITED STATES ATTORNEY'S OFFICE, ASSET FORFEITURE UNIT, 1 COURTHOUSE WAY, SUITE 9200, BOSTON, MASSACHUSETTS 02210, WITHIN TWENTY (20) DAYS AFTER THE FILING OF THE CLAIM. CLAIMS MUST BE FILED IN ACCORDANCE WITH THE FEDERAL RULES OF CIVIL PROCEDURE, SUPPLEMENTAL RULES FOR CERTAIN ADMIRALTY AND MARITIME CLAIMS. THE PROCEDURES FOR FILING A PETITION FOR REMISSION OR MITIGATION ARE SET FORTH IN 28 C.F.R. PART 9. IN ADDITION TO THE PROCEDURES MANDATED BY THOSE REGULATIONS, A COPY OF ANY PETITION FOR REMISSION OR MITIGATION SHOULD BE FILED WITH THE SEIZING AGENCY, WHICH IS THE UNITED STATES DEPARTMENT OF HOMELAND SECURITY, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, 10 CAUSEWAY STREET, ROOM 623, BOSTON, MASSACHUSETTS 02222.

Tony Anastas, Clerk
U.S. District Court

By: _____
Deputy Clerk
Date: 4/8/04 , 2004

APPROVED AND SO ORDERED:
_____
United States District Judge
Date: _____, 2004