

# Department of the Treasury
*Federal Law Enforcement Agencies*
## PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>CA No. 04-10627-RCL |
|---|---|
| DEFENDANT<br>ONE PAINTING/PASTEL TITLED "LA COIFFURE" BY EDGAR DEGAS | TYPE OF PROCESS<br>Complaint and Warrant & Monition |

| SERVE AT | Name Of Individual, Company, Corporation, Etc. to Serve or Description of Property to Seize<br>PUBLICATION |
|---|---|
| | Address (Street or RFD / Apt. # / City, State, and Zip Code) |

| Send NOTICE OF SERVICE copy to Requester:<br><br>SHELBEY D. WRIGHT, ASSISTANT U.S. ATTORNEY<br>UNITED STATES ATTORNEY'S OFFICE<br>John Joseph Moakley United States Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, Massachusetts 02210 | Number Of Process To Be Served In This Case. | |
|---|---|---|
| | Number Of Parties To Be Served In This Case. | |
| | Check Box If Service Is On USA | |

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)

Please publish the attached Notice of Libel at least once for three (3) successive weeks in the Boston Herald or any other newspaper of general circulation in the District of Massachusetts, in accordance with the attached Verified Complaint and Warrant & Monition and applicable law.

LJT x3283

| Signature of Attorney or other Originator requesting service on behalf of   *Shelbey D. Wright*   [X] Plaintiff   [ ] Defendant | Telephone No.<br>(617) 748-3100 | Date<br>Apr. 29, 2004 |
|---|---|---|
| SIGNATURE OF PERSON ACCEPTING PROCESS: | | Date |

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the Total # of Process Indicated. | District of Origin No. ____ | District to Serve No. ____ | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: | Date |
|---|---|---|---|---|

I hereby Certify and Return That I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [X] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc, At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE of Individual Served If not shown above: | [ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode. | | |
|---|---|---|---|
| ADDRESS: (Complete only if different than shown above.) | Date of Service<br><br>Please see Remarks below | Time of Service<br> | [ ] AM<br>[ ] PM |
| | Signature, Title and Treasury Agency<br>Stephen P. Leonard, Forfeitures Officer<br>U.S. Customs & Border Pro. | | 6/4/04 |

REMARKS:
The Notice of Libel was published in the Boston Herald on May 6, 13 and 20, 2004. Copy of the Publisher's Certificate attached.

TD F 90-22.48 (6/96)

☐ RETURN TO COURT   ☐ FOR CASE FILE   ☐ LEAVE AT PLACE OF SERVICE   ☐ FILE COPY

# PUBLISHER'S CERTIFICATE

Commonwealth of Massachusetts } ss.
County of Suffolk

On this ___June___ day of __1__ A.D. 20 __04__
personally appeared before the undersigned, a Notary Public, within and for

the said county, ___Judith A. Presutti___

of the ___Boston Herald___ a newspaper published by Boston Herald, Inc., in Boston, County of Suffolk, in the Commonwealth of Massachusetts. and who being duly sworn, states on oath that the

___Civ Case 04-10627RCL US Customs___ advertisement was published in said newspaper in its issues of

___MAY 6, 13, 20___ A.D. 20 __04__

Subscribed and sworn to before me this ___2nd___

day of ___June___ A.D. 20 __04__

___Valerie Delano___
Notary Public

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**
**NOTICE OF LIBEL**

Civil Case No. 04-10627-RCL

United States of America, District of Massachusetts, at Boston, Massachusetts, April 29, 2004.

Notice is hereby given that a Libel has been filed in the United States District Court against One Painting/Pastel Titled "La Coiffure" by Edgar Degas, (hereinafter referred to as the "Defendant Degas"), pursuant to title 18 United States Code, Section 981(a)(1)(A).

All claims to the Defendant Degas must be filed within thirty (30) days after process has been executed, or within such additional time as may be allowed by this Court and all answers to the complaint must be filed within twenty (20) days after the filing of the claim. Such claims must be filed in accordance with the Federal Rules of Civil Procedure, Supplemental Rules of Certain Admiralty and Maritime Claims. All claims and answers must be filed with the United States District Court for the District of Massachusetts and served upon the United States Attorney's Office, Asset Forfeiture Unit, 1 Courthouse Way, Suite 9200, Boston, Massachusetts 02210. The procedures for filing a petition for remission or mitigation are set forth in 28 Code of Federal Regulations, Part 9. In addition to the procedures mandated by those regulations, a copy of the Petition for Remission or Mitigation should be filed with the seizing agency, which is the United States Department of Homeland Security. United States Immigration and Customs Enforcement, Asset Forfeiture Office, 10 Causeway Street, Room 623, Boston, Massachusetts 02222.

Port Director
United States Department of Homeland Security.
U.S. Immigration and Customs Enforcement
District of Massachusetts
Ref: 2001040100002801.
May 6, 13, 20



VALERIE MARIE DELANO
Notary Public
Commonwealth of Massachusetts
My Commission Expires Mar 24, 2011