UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERK'S OFFICE

2004 JUN 25 P 2:26

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff, | )<br>)<br>) |
| v. | ) Civil Action No. 04-10627-RCL<br>) |
| ONE PAINTING/PASTEL TITLED "LA<br>COIFFURE" BY EDGAR DEGAS,<br>　　　　　Defendant. | )<br>)<br>)<br>) |

**MOTION FOR ENTRY OF DEFAULT**

The United States of America, by and through its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby requests that default be entered pursuant to Rule 55(a) of the Federal Rules of Civil Procedure against Arnold Katzen, and all other persons claiming an interest in one painting/pastel titled "La Coiffure" by Edgar Degas (the "Defendant Degas"), for failure to file an answer or otherwise to defend, as provided for in Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims.

In support of this application, the United States submits the attached Affidavit.

                              Respectfully submitted,

                              UNITED STATES OF AMERICA
                              By its attorneys,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                      By:  /s/ Shelbey D. Wright
                              Shelbey D. Wright
                              Assistant U.S. Attorney
                              1 Courthouse Way, Suite 9200
                              Boston, MA  02210

Dated: 6/25/04                  (617) 748-3100

SO ORDERED AND ALLOWED

_____
REGINALD C. LINDSAY
United States District Judge

Date: _____

## CERTIFICATE OF SERVICE

I, Shelbey D. Wright, Assistant U.S. Attorney, hereby certify that a true copy of the foregoing Motion for Entry of Default, as well as the Affidavit in Support of Motion for Entry of Default, was served upon William Kettlewell, Esquire, Dwyer & Collora, 600 Atlantic Avenue, Boston, Massachusetts 02110, as counsel for Arnold Katzen, by first class mail, postage prepaid.

                              /s/ Shelbey D. Wright
                              Shelbey D. Wright
Dated: 6/25/04                  Assistant U.S. Attorney

N:\LTalbot\wright\Artwork\Default Motion.wpd