UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA**

**V.**                                     **CIVIL ACTION NO. 04-10627-RCL**

**ONE PAINTING/PASTEL TITLED**
**"LA, COIFFURE" BY EDGAR DEGAS**

### NOTICE OF DEFAULT

Upon application of the plaintiff, **United States of America**, for order of Default for failure of the defendant, **One Painting/Pastel Titled "LA, COIFFURE" by Edgar Degas** to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the defendant has been defaulted this 26th day of August, 2004.

                                        TONY ANASTAS, CLERK

                                        By:/s/ Lisa M. Hourihan
August 26, 2004                                 Deputy Clerk