UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br><br> v. <br><br> ONE PAINTING/PASTEL TITLED "LA COIFFURE" BY EDGAR DEGAS, <br>     Defendant. | ) <br> ) <br> ) <br> ) Civil Action No. 04-10627-RCL <br> ) <br> ) <br> ) <br> ) |

**LINDSAY, D.J.**

### FINAL JUDGMENT AND ORDER OF FORFEITURE

This Court having allowed plaintiff's Motion for Entry of Default and having issued a Notice of Default, it is hereby

ORDERED, ADJUDGED and DECREED:

1. That judgment be and hereby is entered in favor of the plaintiff, the United States of America;

2. That the defendant property, described herein as one painting/pastel titled "La Coiffure" by Edgar Degas (the "Defendant Degas"), is hereby forfeited to the United States of America pursuant to Title 18, United States Code, Section 981(a)(1)(A);

3. That any claim of interest of Arnold Katzen, and any other parties claiming any right, title, or interest in or to the Defendant Degas, is hereby held in default and dismissed, having been defaulted on August 26, 2004;

4. That the United States of America, through the United States Department of Homeland Security, United States Immigration

and Customs Enforcement, shall retain the Defendant Degas in its secure custody and control, and shall dispose of it in accordance with law;

5. That this Court shall retain jurisdiction in this case solely for the purpose of enforcing the terms of this judgment; otherwise, this Order shall be, and hereby is, the full and final disposition of this civil forfeiture action.

APPROVED AND SO ORDERED:

*Reginald C. Lindsay* signed by Deputy Clerk: Don Stanhope
REGINALD C. LINDSAY
United States District Judge

Date: November 1st, 2004

N:\LTalbot\wright\Artwork\Final Judgment & Order of Forfeiture.wpd

2