

**U.S. Department of Justice**

*Michael J. Sullivan*
*United States Attorney*
*District of Massachusetts*

---

Main Reception: (617) 748-3100

*John Joseph Moakley United States Courthouse*
*1 Courthouse Way, Suite 9200*
*Boston, Massachusetts 02210*

September 22, 2005

Lisa Hourihan
Clerk to the Honorable
Reginald C. Lindsay
United States District Court
District of Massachusetts
1 Courthouse Way
Boston, MA  02210

Re:  United States of America v. One Painting/Pastel Titled "La Coiffure" by Edgar Degas
     Civil Action No. 04-10627-RCL

Dear Ms. Hourihan:

Enclosed for filing, please find a Department of Treasury Process Receipt and Return Form in connection with the above-referenced civil forfeiture action.

Thank you for bringing this matter to the attention of the Court.

Very truly yours,

Shelbey D. Wright
Assistant U.S. Attorney

SDW/ljt
Enclosures



## Department of the Treasury
*Federal Law Enforcement Agencies*
### PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>CA No. 04-10627-RCL |
|---|---|
| DEFENDANT<br>ONE PAINTING/PASTEL TITLED "LA COIFFURE" BY EDGAR DEGAS | TYPE OF PROCESS<br>Final Judgment and Order of Forfeiture |

**SERVE AT**

Name Of Individual, Company, Corporation, Etc. to Serve or Description of Property to Seize
One Painting/Pastel Titled "La Coiffure" by Edgar Degas

Address (Street or RFD / Apt. # / City, State, and Zip Code)

| Send NOTICE OF SERVICE copy to Requester:<br><br>SHELBEY D. WRIGHT, ASSISTANT U.S. ATTORNEY<br>UNITED STATES ATTORNEY'S OFFICE<br>John Joseph Moakley United States Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, Massachusetts 02210 | Number Of Process To Be Served In This Case. | |
|---|---|---|
| | Number Of Parties To Be Served In This Case. | |
| | Check Box If Service Is On USA | |

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)

Please dispose of the above-referenced painting in accordance with the attached Final Judgment and Order of Forfeiture and applicable law.

CATS No. 01-USC-000437                                    LJT x3283

| Signature of Attorney or other Originator requesting service on behalf of<br>*Shelbey D. Wright/LJT* | [X] Plaintiff<br>[ ] Defendant | Telephone No.<br>(617) 748-3100 | Date<br>Nov. 3, 2004 |
|---|---|---|---|
| SIGNATURE OF PERSON ACCEPTING PROCESS: | | | Date |

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the Total # of Process Indicated. | District of Origin No. | District to Serve No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: | Date |
|---|---|---|---|---|

I hereby Certify and Return That I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [X] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE of Individual Served If not shown above: | [ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| ADDRESS: (Complete only if different than shown above.) | Date of Service / Time of Service [ ] AM [ ] PM<br>Please see Remarks below<br>Signature, Title and Treasury Agency<br>Stephen P. Leonard, Forfeitures Officer 9/22/05<br>U.S. Customs and Border Protection (CBP) |

**REMARKS:**
The above-referenced painting was disposed as instructed above. The painting was sold at auction (public auction at Christie's auction house, New York City). Proceeds from the auction was $700,000. (seven-hundred thousand dollars). Auction held on May 04, 2005. Proceeds received by CBP on June 10, 2005. The proceeds were deposited to the Treasury Forfeiture Fund.

TD F 90-22.48 (6/96)

[X] RETURN TO COURT    [ ] FOR CASE FILE    [ ] LEAVE AT PLACE OF SERVICE    [ ] FILE COPY